THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINGXIA COMMUNICATIONS CONSTRUCTION CO., LTD., <br><br> Plaintiff, <br> v. <br><br> AMERICAN KONO GROUP, *et al.*, <br><br> Defendant. | CASE NO. C21-0917-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

On September 16, 2021, this Court granted Plaintiff's motion for an entry of default. (Dkt. No. 17.). No motion for default judgment has since been filed. Accordingly, the Court hereby ORDERS Plaintiff to file a motion for default judgment within fourteen (14) days of the date of this Order.

DATED this 29th day of December 2021.

Ravi Subramanian<br>
Clerk of Court<br><br>
s/Sandra Rawski<br>
Deputy Clerk

MINUTE ORDER
C21-0917-JCC
PAGE - 1